UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND JOHNS,

Plaintiff,

-v-

BLOOMBERG L.P. *et al.*,

Defendants.

25 Civ. 5511 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons discussed at today's conference:

- As a result of plaintiff's failure to comply with discovery obligations, this case will be dismissed without prejudice on November 5, 2026, barring plaintiff's full compliance with all document discovery obligations by that date.
- The Court stays all other deadlines in this case.
- Counsel for plaintiff is directed forthwith to serve a copy of this Order on plaintiff by all available means.
- By October 16, 2026, counsel for plaintiff is to file a letter on the docket of this case, indicating the means by which service on plaintiff was effected.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 14, 2026
New York, New York